IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

### Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 7:17-CV-00146

2. Style of case: JM TEXAS COMPANIES, L.L.C. AND EAGLE RAILCAR SERVICES-WICHITA FALLS, TEXAS L.L.C. V. ALTERRA AMERICA INSURANCE COMPANY

3. Nature of suit:

4. Method of ADR used:   ☑ Mediation      ☐ Mini-Trial        ☐ Summary Jury Trial

5. Date ADR session was held: 5/10/2018

6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR
    ☑ **Settled as a result of ADR.**           ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1,350.00

8. Duration of ADR: FOUR HOUR   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

    Michael S. Carnahan, Mediator           Todd M. Tippett, Esq., Defense counsel
    Marc Walraven, JM Texas Companies, LLC  Jamie Carsey, Alterra America Ins. Co.
    Randal L. Dean, Esq., Plaintiff counsel

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Mike Carnahan*
Signature                                           May 15, 2018
                                                    Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243   (214)303-4500
Address                                                         Telephone

**Randal L. Dean, Esq.**
Brown Pruitt Wambsganss Ferrill & Dean PC
201 Main Street, Suite 801
Fort Worth, TX  76102
(817) 338-4888
(817) 338-0700

**Todd M. Tippett, Esq.**
Zelle LLP
901 Main Street, Suite 4000
Dallas, TX  75202
(214) 742-3000
(214) 760-8994