IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JM TEXAS COMPANIES, L.L.C., and EAGLE RAILCAR SERVICES-WICHITA FALLS, TEXAS, L.L.C., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:17-cv-00146-O |
| ALTERRA AMERICA INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER

The parties have notified the Court that they have reached a settlement. ECF No. 12. The parties are therefore directed to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or an agreed motion with a corresponding proposed order—with the Clerk's Office **on or before July 16, 2018**. If further proceedings become necessary or desirable, the parties should immediately file a joint status report with the Court. The Court **ORDERS** all deadlines stayed until further order by the Court.

**SO ORDERED** on this **21st day** of **May, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1