IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **JM TEXAS COMPANIES, L.L.C. and EAGLE RAILCAR SERVICES-WICHITA FALLS, TEXAS L.L.C.,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:17-cv-00146-O |
| **ALTERRA AMERICA INSURANCE COMPANY,** | § § § § § | |
| Defendant. | § | |

# ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 14), filed June 1, 2018. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**.

It is therefore **ORDERED, ADJUDGED, and DECREED** that the above-entitled and numbered action, and all claims that were or could have been raised herein, are **DISMISSED with prejudice** to the refiling of the same. The parties will each bear their own attorneys' fees and costs.

**SO ORDERED** on this **4th day** of **June, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE